**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-25573-DRC |
| | § | |
| CHARLES R NAAS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on 5/24/2013, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/17/2013                    By:  /s/ David E. Grochocinski
                                                  (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-25573-DRC |
| | § | |
| CHARLES R NAAS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*   $27,822.63
*and approved disbursements of*   $4,086.79
*leaving a balance on hand of[1] :*   $23,735.84

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:   $0.00
Remaining balance:   $23,735.84

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $1,985.98 | $0.00 | $1,985.98 |
| InnovaLaw, PC, Attorney for Trustee Fees | $1,020.00 | $0.00 | $1,020.00 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $19.30 | $0.00 | $19.30 |

Total to be paid for chapter 7 administrative expenses:   $3,025.28
Remaining balance:   $20,710.56

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:   $0.00
Remaining balance:   $20,710.56

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.
**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $20,710.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $9,132.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Atlas Acquisitions LLC  (WELLS FARGO BANK, N.A.) | $9,132.00 | $0.00 | $9,132.00 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $9,132.00 |
| Remaining balance: | $11,578.56 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $11,578.56 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $11,578.56 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.19 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $15.73. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $11,562.83.

Prepared By: /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 12-25573-DRC
Charles R Naas  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: pseamann     Page 1 of 2     Date Rcvd: Apr 18, 2013
                    Form ID: pdf006     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2013.

```
db         +Charles R Naas,    138 Haven Rd,  Apt G,    Elmhurst, IL 60126-2957
19614983   +Atlas Acquisitions LLC  (WELLS FARGO BANK, N.A.),    294 Union St.,   Hackensack, NJ 07601-4303
19079252   +BAC Home Loans Serv.,    450 American St,   Simi Valley, CA 93065-6285
19079253   +Bank Of America,    P O Box 851001,   Dallas, TX 75285-1001
19079255   +Chase,    3415 Vision Dr,   Columbus, OH 43219-6009
19079256   +Citizens Auto Finance,    480 Jefferson Blvd.,   Warwick, RI 02886-1359
19079258   +Countrywide,   205 N Addison Ave,    Elmhurst, IL 60126-2720
19079251    David M Kaleel,    61342-1653
19079259   +Dr. Gnaidek,    C/O ABM Collection,    320 N Seymour Avenue,   Mundelein, IL 60060-2307
19079260   +Eva Naas Baginska,    1910 Fairfield Rd,    Lindenhurst, IL 60046-9256
19079261   +Federal National Mtg.,    C/O Chinell L McCarthy,    230 W Monroe St., STe. 1125,
             Chicago, IL 60606-4723
19079262   +GMAC Mortgage,    P O Box 4622,    Waterloo, IA 50704-4622
19079263   +HSBC BAnk,    P O Box 5253,    CArol Stream, IL 60197-5253
19079250   +Naas Charles R,    138 Haven Rd Apt G,    Elmhurst, IL 60126-2957
19079265   +North Shore Gas,    P O Box A3991,    Chicago, IL 60690-3991
19079267   +Sears Credit Card,    P O Box 6282,    Sioux Falls, SD 57117-6282
19079268   +Seterus Inc,    3039 Cornwallis Rd, Bldg 203,    Research Trian, NC 27709-0154
19079269   +Strategic REcovery Group,    7880 Bent Branch Dr., Ste. 150,    Irving, TX 75063-6045
19079270   +Village Of Lindenhurst,    2301 E Sand Lake Rd,    Lindenhurst, IL 60046-8935
19079271   +Visa,    P O Box 673,    Minneapolis, MN 55440-0673
19079273   +WF Financial Cards,    P O Box 14517,    Des Moines, IA 50306-3517
19079272   +Wells Fargo,    P O Box 5943,    Sioux Falls, SD 57117-5943
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
19511201   +E-mail/Text: bnc@atlasacq.com Apr 19 2013 07:46:30     Atlas Acquisitions LLC,    294 Union St.,
             Hackensack, NJ 07601-4303
19079254   +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 19 2013 06:27:57     CCS,
             Payment Processing Center,    P OBox 55126,   Boston, MA 02205-5126
19079257   +E-mail/Text: legalcollections@comed.com Apr 19 2013 06:23:56     Com Ed,
             C/O Torres Credit Services,    P O Box 189,   Carlisle, PA 17013-0189
19079264   +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2013 02:08:34     Leath Furniture,    P O Box 965036,
             Orlando, FL 32896-5036
19079266   +E-mail/Text: patti@peoplesenergycu.org Apr 19 2013 11:00:35     Peoples Energy,
             130 E Randolph Dr., 17th FL,    Chicago, IL 60601-6207
                                                                                              TOTAL: 5
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          InnovaLaw P.C.
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 20, 2013**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: pseamann              Page 2 of 2                  Date Rcvd: Apr 18, 2013
                               Form ID: pdf006            Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2013 at the address(es) listed below:
          Ariane  Holtschlag    on behalf of Trustee David E Grochocinski aholtschlag@wfactorlaw.com,
           nb@wfactorlaw.com
          David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David E Grochocinski    dgrochocinski@innovalaw.com, deg@trustesolutions.net
          David M Kaleel    on behalf of Debtor Charles R Naas kaleel5@frontier.com
          Kathleen M. McGuire    on behalf of Trustee David E Grochocinski kmcguire@innovalaw.com,
           kmmcguirelaw@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                                               TOTAL: 6

Case 12-25573   Doc 31   Filed 04/18/13   Entered 04/21/13 00:16:04   Desc Imaged
Certificate of Notice   Page 6 of 6