**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-25573-DRC |
| | § | |
| CHARLES R NAAS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $3,450.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $9,147.73 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $3,212.07 | | |

3) Total gross receipts of $27,822.63 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $15,462.83 (see **Exhibit 2),** yielded net receipts of $12,359.80 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $3,212.07 | $3,212.07 | $3,212.07 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $9,132.00 | $9,132.00 | $9,147.73 |
| **Total Disbursements** | NA | $12,344.07 | $12,344.07 | $12,359.80 |

4). This case was originally filed under chapter 7 on 06/26/2012. The case was pending for -1349 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/19/2013     By: /s/ David E. Grochocinski
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| ESTATE OF FATHER | 1129-000 | $27,822.63 |
| **TOTAL GROSS RECEIPTS** | | **$27,822.63** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| CHARLES NAAS | Exemptions | 8100-002 | $3,900.00 |
| NAAS, CHARLES R | Surplus Funds | 8200-002 | $11,562.83 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,462.83** |

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $1,985.98 | $1,985.98 | $1,985.98 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $26.28 | $26.28 | $26.28 |
| Green Bank | 2600-000 | NA | $160.51 | $160.51 | $160.51 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $1,020.00 | $1,020.00 | $1,020.00 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $19.30 | $19.30 | $19.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,212.07 | $3,212.07 | $3,212.07 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

UST Form 101-7-TDR (10/1/2010)

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (WELLS FARGO BANK, N.A.) | 7100-000 | NA | $9,132.00 | $9,132.00 | $9,132.00 |
| | Atlas Acquisitions LLC (WELLS FARGO BANK, N.A.) | 7990-000 | $0.00 | $0.00 | $0.00 | $15.73 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $9,132.00 | $9,132.00 | $9,147.73 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1    Exhibit 8

| **Case No.:** | 12-25573-DRC | **Trustee Name:** | David E. Grochocinski |
|---|---|---|---|
| **Case Name:** | NAAS, CHARLES R | **Date Filed (f) or Converted (c):** | 06/26/2012 (f) |
| **For the Period Ending:** | 8/19/2013 | **§341(a) Meeting Date:** | 09/12/2012 |
| | | **Claims Bar Date:** | 01/24/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 cash | $50.00 | $0.00 | | $0.00 | FA |
| 2 2 checking accounts at First American Bank | $300.00 | $0.00 | | $0.00 | FA |
| 3 misc. furniture and appliances | $500.00 | $0.00 | | $0.00 | FA |
| 4 personal effects | $100.00 | $0.00 | | $0.00 | FA |
| 5 misc. jewelry | $100.00 | $0.00 | | $0.00 | FA |
| 6 2003 Mercury Sable | $4,100.00 | $0.00 | | $0.00 | FA |
| 7 ESTATE OF FATHER (u) | $0.00 | $25,000.00 | | $27,822.63 | FA |

**TOTALS (Excluding unknown value)**                                                                 **Gross Value of Remaining Assets**

$5,150.00        $25,000.00            $27,822.63            $0.00

**Major Activities affecting case closing:**
341 MEETING CONTINUED TO 10/30/12
WORKING ON CLAIM IN ESTATE OF FATHER; OUT OF STATE VENUE

**Initial Projected Date Of Final Report (TFR):** 12/30/2014    **Current Projected Date Of Final Report (TFR):** 12/30/2014    /s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-25573-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | NAAS, CHARLES R | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9265 | Checking Acct #: | ******7301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/26/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/19/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/03/2012 | (7) | PHILIP D NAAS ESTATE | SETTLEMENT | 1129-000 | $26,616.63 | | $26,616.63 |
| 12/03/2012 | (7) | PHILIP D NAAS ESTATE | SETTLEMENT OF | 1129-000 | $1,206.00 | | $27,822.63 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $40.55 | $27,782.08 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $44.83 | $27,737.25 |
| 01/31/2013 | 3001 | CHARLES NAAS | debtor's exemption | 8100-002 | | $3,900.00 | $23,837.25 |
| 02/21/2013 | 3002 | INTERNATIONAL SURETIES, LTD | Bond#016026455 | 2300-000 | | $26.28 | $23,810.97 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $36.77 | $23,774.20 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $38.36 | $23,735.84 |
| 05/24/2013 | 3003 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $1,985.98 | $21,749.86 |
| 05/24/2013 | 3004 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 | | $1,020.00 | $20,729.86 |
| 05/24/2013 | 3005 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | $19.30 | $20,710.56 |
| 05/24/2013 | 3006 | Atlas Acquisitions LLC (WELLS FARGO BANK, N.A.) | Distribution on Claim #: 1; | * | | $9,147.73 | $11,562.83 |
| | | | Claim Amount $(9,132.00) | 7100-000 | | | $11,562.83 |
| | | | Interest $(15.73) | 7990-000 | | | $11,562.83 |
| 05/24/2013 | 3007 | NAAS, CHARLES R | Distribution on Claim #: ; | 8200-002 | | $11,562.83 | $0.00 |

| | SUBTOTALS | $27,822.63 | $27,822.63 |
|---|---|---|---|

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-25573-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | NAAS, CHARLES R | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9265 | Checking Acct #: | ******7301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/26/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/19/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $27,822.63 | $27,822.63 | $0.00 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 | |
|  |  |  | **Subtotal** |  | $27,822.63 | $27,822.63 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $15,462.83 | |
|  |  |  | **Net** |  | $27,822.63 | $12,359.80 | |

| For the period of 6/26/2012 to 8/19/2013 | | For the entire history of the account between 12/03/2012 to 8/19/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $27,822.63 | Total Compensable Receipts: | $27,822.63 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,822.63 | Total Comp/Non Comp Receipts: | $27,822.63 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $12,359.80 | Total Compensable Disbursements: | $12,359.80 |
| Total Non-Compensable Disbursements: | $15,462.83 | Total Non-Compensable Disbursements: | $15,462.83 |
| Total Comp/Non Comp Disbursements: | $27,822.63 | Total Comp/Non Comp Disbursements: | $27,822.63 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 12-25573-DRC |
| **Case Name:** | NAAS, CHARLES R |
| **Primary Taxpayer ID #:** | ******9265 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 6/26/2012 |
| **For Period Ending:** | 8/19/2013 |

| | |
|---|---|
| **Trustee Name:** | David E. Grochocinski |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******7301 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $27,822.63 | $27,822.63 | $0.00 |

**For the period of 6/26/2012 to 8/19/2013**

| | |
|---|---|
| Total Compensable Receipts: | $27,822.63 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,822.63 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $12,359.80 |
| Total Non-Compensable Disbursements: | $15,462.83 |
| Total Comp/Non Comp Disbursements: | $27,822.63 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/26/2012 to 8/19/2013**

| | |
|---|---|
| Total Compensable Receipts: | $27,822.63 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,822.63 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $12,359.80 |
| Total Non-Compensable Disbursements: | $15,462.83 |
| Total Comp/Non Comp Disbursements: | $27,822.63 |
| Total Internal/Transfer Disbursements: | $0.00 |